| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) _____　Chapter  11 |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Greater Light Baptist Church of Sacramento** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  The Light Christian Church<br>DBA  Greater Light Church<br>DBA  Greater Light Baptist Church |
| 3. | Debtor's federal Employer Identification Number (EIN) | 77-0610394 |
| 4. | Debtor's address | **Principal place of business**<br><br>**7257 E. Southgate Drive**<br>**Sacramento, CA 95823**<br>Number, Street, City, State & ZIP Code<br><br>**Sacramento**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.tlccsac.org |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | Greater Light Baptist Church of Sacramento | Case number (if known) |
|---|---|---|
| | Name | |

7. Describe debtor's business

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ■ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes
   
   __8131__

8. Under which chapter of the Bankruptcy Code is the debtor filing?

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

   - ☐ No
   - ■ Yes

   If more than 2 cases, attach a separate list.

   | District | Eastern District of California (Sacramento) | When | 12/13/23 | Case number | 2:23-bk-24467 |
   |---|---|---|---|---|---|
   | District | | When | | Case number | |

Debtor   **Greater Light Baptist Church of Sacramento**   Case number (if known) _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in this district?**
Check all that apply:
☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☒ No
☐ Yes  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

Where is the property?
_____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**
Check one:
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor　Greater Light Baptist Church of Sacramento　　　　Case number (if known)
　　　　Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Greater Light Baptist Church of Sacramento**    Case number (if known)
Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  8/6/25
    MM / DD / YYYY

    X _____
    Signature of authorized representative of debtor

    Pastor O.J. Swanigan
    Printed name

    Title  President/Pastor

18. **Signature of attorney**

    X _____  Date 08/06/2025
    Signature of attorney for debtor            MM / DD / YYYY

    Michael Jay Berger
    Printed name

    Law Offices of Michael Jay Berger
    Firm name

    9454 Wilshire Boulevard, 6th floor
    Beverly Hills, CA 90212
    Number, Street, City, State & ZIP Code

    Contact phone  (310) 271-6223    Email address  michael.berger@bankruptcypower.com

    100291 CA
    Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Greater Light Baptist Church of Sacramento |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Employment Developement Dept Bankruptcy Group, MIC 92E PO Box 826806 Sacramento, CA 94206-0001 | | taxes | | | | $2,687.56 |
| Everest Business Funding 102 W 38th Street 6th Floor New York, NY 10018 | | merchant cash advance | | $22,267.20 | $2,500.00 | $22,267.20 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | | Unpaid taxes | | | | $26,450.00 |
| Law Offices of Gabriel Liberman, APC 1545 River Park Dr. Ste. 530 Sacramento, CA 95815 | | Legal fees | | | | $45,599.00 |
| Liquidibee, LLC 295 Madison Ave. 22nd Floor New York, NY 10017 | | Unsecured loan | | | | $23,398.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of California

In re **Greater Light Baptist Church of Sacramento**　　　　　Case No. _____
　　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept RETAINER OF | $ 25,000.00 |
   | Prior to the filing of this statement I have received RETAINER OF | $ 25,000.00 |
   | Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor　　☑ Other (specify): **Retainer was paid by Pearl Cannon as a gift contribution to the Debtor. Ms. Cannon is the mother of Pastor O.J. Swanigan. She is not seeking repayment of the retainer and she is not a creditor of the Debtor**

3. The source of compensation to be paid to me is:

   ☑ Debtor　　☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Date: 8/6/2025

*/s/ Michael Jay Berger*
Signature of Attorney
**Michael Jay Berger**
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223　Fax: (310) 271-9805
michael.berger@bankruptcypower.com
*Name of law firm*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re

Greater Light Baptist Church of Sacramento

Case No

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors

DATED: 8/6/25

Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100 (Rev. 6/20/17)

American Water Co.
4701 Beloit Drive
Sacramento, CA 95838


AT&T
P.O. Box 5014
Carol Stream, IL 60197


Atlas Disposal Industries
3000 Power Inn Road
Sacramento, CA 95826


Charles Cannon
c/o Estate of Charles Cannon
2188 50th Avenue
Sacramento, CA 95822


Cove Alarm
14015 Minuteman Drive
Draper, UT 84020


Creditors Relief
700 E Palisade Ave
2nd Floor
Englewood Cliffs, NJ 07632


Dewey Pest Control
5320 Power Inn Road Suite A
Sacramento, CA 95820


EBF Holdings, LLC dba Everest Business
Attn: Michael W. Davis DTO Law
601 S. Figueroa St. Ste. 2130
Los Angeles, CA 90017


Employment Developement Dept
Bankruptcy Group, MIC 92E
PO Box 826806
Sacramento, CA 94206-0001


Estate of Charles Cannon
c/o Pearl Cannon
279 Westlake Dr.
West Sacramento, CA 95605

Everest Business Funding
102 W 38th Street
6th Floor
New York, NY 10018


Everest Business Funding
Attn: Chad Johnson, Esq.
8200 N.W. 52nd Terrace Ste. 200
Miami, FL 33166


FCI Lender Services, Inc. dba FCI
8180 E. Kaiser Blvd
Anaheim, CA 92808


Franchise Tax Board
Bankruptcy Section
P.O. Box 2952 MSA - 340
Sacramento, CA 95812


Guideone Insurance
1111 Ashworth Road
West Des Moines, IA 50265-3538


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Law Offices of Gabriel Liberman, APC
1545 River Park Dr. Ste. 530
Sacramento, CA 95815


Liquidibee, LLC
295 Madison Ave. 22nd Floor
New York, NY 10017


MedMark Treatment Centers- Sacramento
7240 East Southgate Ave
Sacramento, CA 95823


Mr. Cooper
Attn: Bankruptcy Dept.
PO Box 619098
Dallas, TX 75261

Pastor Matai Waqavesi and Arena Fijian
7240 E. Southgate Ave Ste. C & D
Sacramento, CA 95823


Sacramento County Tax Collector
700 H Street RM 1710
Sacramento, CA 95814


State Farm Insuance
900 Old River Road
Bakersfield, CA 93311


U.S. Bank, N.A. as Trustee for Velocity
Attn: An Officer
425 Walnut Street
Cincinnati, OH 45202


Union Home Loan, Inc.
Attn: Agent for Service
Jeffrey B. Smith
301 E. Ocean Blvd., #1700
Long Beach, CA 90802


Union Home Loan, Inc.
Attn: Agent for Service
c/o Jeffrey B. Smith
301 E. Ocean Blvd., #1700
Long Beach, CA 90802


Union Home Loans, Inc.
Attn: Agent for Service
Jeffrey B. Smith
301 E. OCEAN BLVD., #1700
Long Beach, CA 90802


Velocity Commerical Capital
McCalla Raymer Leibert Pierce
Attn: Dane Exnowski, Authorized Agent
1544 Old Alabama Road
Roswell, GA 30076


Velocity Mortgage Corporation
Attn: Agent for Service
RYAN ELLIS
1235 TOWN & COUNTRY ROAD #3327
Orange, CA 92868

Xfinity
PO Box 34227
Seattle, WA 98124